# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RAYBRUN BRAMLETT                                                        PLAINTIFF

v.                               4:07CV00055 JLH/JTR

VELMA CLARKE, Registered Nurse,
Arkansas State Hospital, *et al*.                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(e)(2), Defendant Rosie Briffon is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to state a claim against her.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendants Clarke, Warren, and Konas, and the United States Marshal is directed to serve copies of the Complaint (docket entry #2), Amended Complaint (docket entry #5), the Recommended Partial Disposition, and this Order upon each of those three Defendants without prepayment of fees and costs or security therefor.

4. Defendants shall FILE, with their Answer, a Statement containing the information requested in the Recommended Partial Disposition.

Dated this 2nd day of April, 2007.

                                                      */s/ J. Leon Holmes*
                                                    UNITED STATES DISTRICT JUDGE