## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

RAYBRUN C. BRAMLETT                                                                    PLAINTIFF

V.                                             4:07CV00055 JTR

GLORIA WARREN, et al.                                                                DEFENDANTS

## JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law entered in this case, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered in favor of Defendant Gloria Warren and that this action and all of Plaintiff's claims, in their entirety, be DISMISSED, WITH PREJUDICE.

DATED this 22nd day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE